UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARVIN GARDNER,

    Plaintiff,

v.                                             Case No. 04-3065

YIPIN SHAH,

    Defendant.

### Case Management Order #2

    The parties' respective attorneys appeared for a final pretrial conference on January 17, 2006. At the time of the scheduled pretrial conference the court was engaged in a bench hearing in a commercial law case. The lawyers for the parties graciously agreed on the form of the pretrial order and the court signed it. The defendant asked leave to file a motion for summary judgment which the court denied thinking that it would not expedite but only delay the final disposition of the case. On reconsideration, the court allows the defendant's motion to seek summary judgment, but it must be on an expedited basis. If the defendant has evidence that rules out reasonable inferences of deliberate indifference and/or failure to exhaust administrative remedies, there will be no questions to put to a jury, making the trial a waste of resources. The court acknowledges that the plaintiff has not had an opportunity to respond to the motion for leave to file a summary judgment motion--he may do so in his response to that summary judgment motion.

    IT IS THEREFORE ORDERED:

    1) The court's denial of the defendant's motion for leave to file a motion for summary judgment is vacated.

    2) The defendant's motion for leave to file a summary judgment motion is granted (d/e 26).

    3) The defendant has until February 3, 2006, to file a thorough, well supported summary judgment motion in accordance with Fed. R. Civ. P. 56 and Local Rule 7.1(D)(www.ilcd.uscourts.gov).

    4) The plaintiff has until February 28, 2006, to file his response to the defendant's summary judgment motion and motion for leave to file a summary judgment motion.

    5) The parties are directed to include in their respective motion and response, argument

and evidence on what damages are available for the plaintiff's emotional injuries in light of 42 U.S.C. § 1997e(e).

6)  The pending motions in limine and motion to amend are denied (d/e's 27-33, 36, 37) with leave to renew if the court denies the defendant's summary judgment motion.

7)  The jury trial scheduled for January 30, 2006, is canceled and rescheduled to April 6, 2006, at 9:00 a.m., before the court sitting in Urbana. The final pretrial order already submitted by the parties (d/e 34) will govern the trial.

Entered this 23rd day of January, 2006.

                                            s/ Harold A. Baker

                                    _____
                                            HAROLD A. BAKER
                                    UNITED STATES DISTRICT JUDGE